# Akin Gump
STRAUSS HAUER & FELD LLP

STEPHANIE LINDEMUTH
+1 212.872.7491/fax: +1 212.872.1002
slindemuth@akingump.com

*[Stamp: ELECTRONICALLY FILED DATE FILED: 2-11-20]*

February 10, 2020

VIA ELECTRONIC COURT FILING

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten: Adjourned to Monday, March 30, 2020, at 4:30 PM. SO ORDERED. 2/10/20 /s/ JGK USDJ]*

Re: *Marcos Calcano v. Uniqlo USA LLC*, Civil Action No. 19-cv-10438

Dear Judge Koeltl:

Our firm represents Defendant Uniqlo USA LLC ("Defendant") in connection with the above-referenced matter.

There is an initial conference scheduled before Your Honor on February 24, 2020. Given that the Defendant's current deadline to respond to the complaint (the "Complaint") is February 28, 2020, the parties jointly request that the initial status conference be adjourned to a later date after the Defendant's response to the Complaint is due.

The parties have not requested an adjournment of this conference previously, and inadvertently did not include a request to adjourn the conference when the parties submitted prior stipulations to extend Defendant's deadline to respond to the Complaint.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Stephanie Lindemuth*

Stephanie Lindemuth

cc: All parties of record via ECF