UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCOS CALCANO ET AL.,

                Plaintiffs,        19-cv-10438 (JGK)

    - against -                 ORDER

UNIQLO USA LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 25, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
           April 21, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge